UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **RAJEEV K. BAJAJ** | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Bankruptcy Case No: 22-02045 |
| | ) | |
| | ) | Honorable Donald R. Cassling |

## NOTICE OF OBJECTION

Pursuant to the Sixth Amended General Order No. 20-03, please take notice that N. Neville Reid (the "Trustee"), not individually but as Chapter 7 Trustee of the bankruptcy estate of Rajeev K. Bajaj hereby objects to the Motion for Relief from Automatic Stay [Dkt. No. 26], scheduled to be heard on Tuesday, May 10, 2022, at 9:30 AM, and requests that the matter be called.

Date: May 7, 2022        **N. Neville Reid ("Trustee"), not individually
                     but as the Chapter 7 Trustee of the Debtors' Estate**

Aja Carr Favors (No. 6318162)     By: /s/ Aja Carr Favors
**Favors Law LLC**
P.O. Box 395
Oak Law, IL 60453
Phone: 312.221.2402
amfavors@favorslawfirm.com

## CERTIFICATE OF SERVICE

       I, Aja Carr Favors, an attorney, hereby certify that, on May 7, 2022, I caused a true and correct copy of the foregoing **Notice of Objection** to be served on all parties requesting notice by the Court's CM/ECF system.

                                                                                    /s/ Aja Carr Favors