UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RAJEEV K. BAJAJ, | ) | CASE NO. 22-02045 |
| | ) | |
| DEBTOR. | ) | HON. DONALD R. CASSLING |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, May 17, 2022, at 9:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **Motion for Rule 2004 Exam of the Debtor**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    */s/ M. Gretchen Silver*
    M. Gretchen Silver, Trial Attorney
    Office of the United States Trustee
    219 South Dearborn, Room 873
    Chicago, Illinois  60604
    (312) 353-5054

# CERTIFICATE OF SERVICE

      I, M. Gretchen Silver, an attorney, state that on May 10, 2022, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Rule 2004 Examination of the Debtor** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Arthur Czaja    arthur@czajalawoffices.com, czaja.arthurr113039@notify.bestcase.com
- Ajalteria Favors    ajafavors@outlook.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- N. Neville Reid    nreid@foxswibel.com, nreid@ecf.axosfs.com;bkdocket@foxswibel.com;eanderson@foxswibel.com
- Timothy L Rowells    dbejgiert@gmail.com, dbejgiert@gmail.com
- Maria Sanchez    MariaSanchez@hsbattys.com, bankruptcy@hsbattys.com;bk4hsbm@gmail.com;hbm@ecf.courtdrive.com

**Parties Served via First Class Mail:**

Rajeev K. Bajaj
3245 W. Fullerton Ave.
Chicago, IL  60647

Aja M Carr Favors
Favors Law, LLC
PO Box 395
Oak Lawn, IL 60453

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | CHAPTER 7 PROCEEDING |
|---|---|---|
| | ) | |
| RAJEEV K. BAJAJ, | ) | CASE NO. 22-02045 |
| | ) | |
| DEBTOR. | ) | HON. DONALD R. CASSLING |

## **MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR**

Now comes Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and moves the Court to enter an order authorizing discovery from Rajeev K. Bajaj (the "Debtor") pursuant to Fed. R. Bankr. P. 2004. As his reasons for this request, the U.S. Trustee states to the Court as follows:

1. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Bankruptcy Rule 9013-9.

2. Movant is the U.S. Trustee and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On February 23, 2022, the Debtor, represented by Arthur Czaja, filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor's Petition shows primarily consumer debts.

4. On or about that same time, N. Neville Reid was appointed Chapter 7 Trustee in the Debtor's case. The Meeting of Creditors was held on March 24, 2022.

5. The last date to object to the Debtor's discharge under § 727 or to file a motion to dismiss this case under § 707 is May 23, 2022.

5. Schedule E/F lists $358,798.08 in unsecured nonpriority debt. According to Schedule A/B, the Debtor has a total of $39,145 in personal property.

6. According to Schedule I, the Debtor earns -$1,126.68 in gross monthly income fro employment. The Statement of Financial Affairs, question number 4, states that the Debtor earned a total of $29,000 in 2021, and $5,500 in 2020.

7. The U.S. Trustee is reviewing the Debtor's case to evaluate the accuracy and completeness of her Schedules, Statement of Financial Affairs, and testimony at the 341 Meeting. In order to determine whether there may be a basis to object to the Debtor's discharge under 11 U.S.C. § 727(a) the U.S. Trustee needs to elicit discovery from the Debtor under Fed. R. Bankr. P. 2004(c), including the production of documents and attendance at an examination, if necessary.

**WHEREFORE,** the U.S. Trustee requests the Court enter an order authorizing the U.S. Trustee to conduct discovery of the Debtor pursuant to Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: May 10, 2022        By:    /s/ M. Gretchen Silver
                                  M. Gretchen Silver, Trial Attorney
                                  Office of the United States Trustee
                                  219 South Dearborn, Room 873
                                  Chicago, Illinois  60604
                                  (312) 353-5054