UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RAJEEV K. BAJAJ, | ) | CASE NO. 22-02045 |
| | ) | |
| DEBTOR. | ) | HON. DONALD R. CASSLING |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **Tuesday, November 1, 2022, at 9:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, certify that on October 14, 2022, I caused to be served copies of the **Notice of Motion and Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss and Proposed Order** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below.  A supplement to this Certificate of Service from BMC Group will be filed.


/s/ M. Gretchen Silver


## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**


- **Aja M Carr Favors**    amfavors@favorslawfirm.com
- **Arthur Czaja**    arthur@czajalawoffices.com, czaja.arthurr113039@notify.bestcase.com
- **Wesley T Kozeny**    Wesley.Kozeny@BonialPC.com, ILBK@BonialPC.com;kozeny@ecf.courtdrive.com
- **N. Neville Reid**    nreid@foxswibel.com, nreid@ecf.axosfs.com;bkdocket@foxswibel.com;eanderson@foxswibel.com
- **Timothy L Rowells**    dbejgiert@gmail.com, dbejgiert@gmail.com
- **Maria Sanchez**    MariaSanchez@hsbattys.com, bankruptcy@hsbattys.com;bk4hsbm@gmail.com;hbm@ecf.courtdrive.com


**Parties Served via First Class Mail:**

Rajeev K. Bajaj
3245 W. Fullerton Ave.
Chicago, IL  60647

Aja M Carr Favors
Favors Law, LLC
PO Box 395
Oak Lawn, IL 60453

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RAJEEV K. BAJAJ, | ) | CASE NO. 22-02045 |
| | ) | |
| DEBTOR. | ) | HON. DONALD R. CASSLING |

### MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE OR TO FILE MOTION TO DISMISS

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through his attorney, M. Gretchen Silver, hereby requests the court, pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), to grant an extension of time to object to the discharge of Rajeev K. Bajaj (the "Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1).  In support of this request, the U.S. Trustee respectfully states as follows:

1.      This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2.      On February 23, 2022, the Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  N. Neville Reid was appointed to be the Chapter 7 Trustee in the Debtor's case.

3.      The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 has been previously extended to October 21, 2022.

4.      Schedule E/F lists $358,798.08 in unsecured nonpriority debt.  According to Schedule A/B, the Debtor has a total of $39,145 in personal property.

5.       According to Schedule I, the Debtor earns -$1,126.68 in gross monthly income from employment.  The Statement of Financial Affairs, question number 4, states that the Debtor earned a total of $29,000 in 2021, and $5,500 in 2020.

6.       At this time, the Debtor has not yet filed his 2020, or 2021 tax returns.  The U.S. Trustee has been in communication with the Debtor's counsel regarding this issue.

7.       The U.S. Trustee requests additional time to investigate and determine whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707.

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case under § 707(b) to and including December 20, 2022, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: <u>October 14, 2022</u>             By:<u>/s/ M. Gretchen Silver</u>
                                              M. Gretchen Silver, Trial Attorney
                                              Office of the United States Trustee
                                              219 S. Dearborn Street, Room 873
                                              Chicago, Illinois 60604
                                              (312) 353-5054