UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-02045
RAJEEV K. BAJAJ )
)
) Chapter: 7
)
) Honorable Donald R. Cassling
)
)
Debtor(s) )

### Order Granting First And Final Fee Application Of Favors Law, LLC, As Counsel For The Trustee, For Payment Of Compensation And Reimbursement Of Expenses

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of Favors Law LLC, As Counsel for the Trustee, for Payment of Compensation and Reimbursement of Expenses filed by Aja Carr Favors, due notice having been given and the Cort being duly advised in the premises

IT IS HEREBY ORDERED:

1. Aja Carr Favors and Favors Law LLC's request for award of first and final compensation for legal services rendered is granted in the amount of $6,035.00.

2. Aja Carr Favors and Favors Law LLC's request for reimbursement of expenses is allowed in the amount of $402.92.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 08, 2022

**Prepared by:**

Aja M. Carr Favors (6318162)
PO Box 395
Oak Lawn, IL 60453
312-618-4137
amfavors@favorslawfirm.com