**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| RAJEEV K. BAJAJ, | ) | Case No. 22-02045 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**TRUSTEE'S AMENDED REPORT OF SALE**

Pursuant to F.R.B.P. 6004(f)(1), the N. NEVILLE REID, Chapter 7 Trustee (the "Trustee") hereby reports the results of the sale, which closed on October 5, 2022 (Master Statement attached hereto as Exhibit A and Closing Disclosure attached hereto as Exhibit B), following the Chapter 7 Trustee's Motion To Approve Sale of Property Pursuant to 11 U.S.C. §363(b) and (f), which was granted by Court Order dated September 20, 2022 [Docket Item No. 57]:

| | |
|---|---|
| Property Sold: | Estate's undivided interest in real property located at 2435 North Kedzie, Unit G, Chicago, Illinois 60647 (the "Kedzie Property") |
| Bidders: | The Trustee received two offers to purchase the Kedzie property. The highest bid was received from Marco A. Salgado and Rosa M. Salgado |
| Bid: | $210,000.00 from Marco A. Salgado and Rosa M. Salgado |
| Liens: | $129,486.60 Selene Finance – First Mortgage |
| | $6,812.73 Bank of America – Second Mortgage |
| Total Sale Price: | $210,000.00 |
| Funds Received by Trustee: | $35,617.35 |

Dated: June 21, 2023

/s/ Aja Carr Favors
Attorney for N. Neville Reid, Trustee

Aja Carr Favors (Atty. ID #6318162)
Favors Law, LLC
P.O. Box 395
Oak Lawn, IL 60454
(312) 618-4137

**EXHBIT A**

# Chicago Title and Trust Company

1100 Lake Street, Suite 165, Oak Park, IL 60301
Phone: (708)383-3322 | Fax: (708)383-3399

## MASTER STATEMENT

**Settlement Date:** October 5, 2022
**Disbursement Date:** October 5, 2022

**Escrow Number:** 22CNW543019OK
**Escrow Officer:** Nicole Santos
**Email:** Nicole.Santos@ctt.com

**Borrower:** Marco A. Salgado
414 Fallbrook dr
East Dundee, IL 60118

**Borrower:** Rosa M. Salgado
414 Fallbrook dr
East Dundee, IL 60118

**Seller:** N. Neville Reid, not individually but as Chapter 7 Trustee of the Bankruptcy estate of Rajeev K. Bajaj, case 22-02045
2435 N. Kedzie Blvd., Unit G
Chicago, IL 60647

**Property:** 2435 N. Kedzie Blvd., Unit G
Chicago, IL 60647
Parcel ID(s): 13-25-325-050-1001

**Lender:** The Federal Savings Bank
4120 W. Diversey Ave, Ste C501
Chicago, IL 60639
**Loan Number:** 10122981153

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **FINANCIAL CONSIDERATION** | | |
| | 210,000.00 | Sale Price of Property | 210,000.00 | |
| | | Deposit or earnest money<br>Retained by @properties ($2,000.00) | | 2,000.00 |
| | | Loan Amount | | 168,000.00 |
| 7,200.00 | | Closing Cost Credit | | 7,200.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| | 149.29 | Assessments<br>10/6-10/31 | 149.29 | |
| 2,545.68 | | County Taxes<br>07/01/21 to 12/31/21 | | 2,545.68 |
| 4,308.67 | | County Taxes<br>01/01/22 to 10/05/22 | | 4,308.67 |
| | | **NEW LOAN CHARGES - The Federal Savings Bank**<br>**Total Loan Charges: $5,951.54** | | |
| | | Application Fees to The Federal Savings Bank | 150.00 | |
| | | Origination Fee to The Federal Savings Bank | 1,680.00 | |
| | | Processing Fees to The Federal Savings Bank | 624.00 | |
| | | Underwriting Fees to The Federal Savings Bank | 624.00 | |
| | | Appraisal to Elite Appraisal Center<br>$494.00 paid outside closing by Borrower | 6.00 | |
| | | Collateral Desktop Analysis to Clear Capital | 120.00 | |
| | | Credit Report to Xactus | 60.00 | |
| | | Flood Certification to Service Link LLC | 4.95 | |

| SELLER $ DEBITS | SELLER $ CREDITS | | BORROWER $ DEBITS | BORROWER $ CREDITS |
|---|---|---|---|---|
| | | **NEW LOAN CHARGES - The Federal Savings Bank** | | |
| | | **Total Loan Charges: $5,951.54** | | |
| | | Prepaid Interest to The Federal Savings Bank $22.17 per day from 10/05/22 to 11/01/22 The Federal Savings Bank | 598.59 | |
| | | Homeowner's Insurance to The Federal Savings Bank 4.000 Months at $39.50 per Month | 158.00 | |
| | | Property Taxes to The Federal Savings Bank 5.000 Months at $472.10 per Month | 2,360.50 | |
| | | Aggregate Adjustment to The Federal Savings Bank | | 434.50 |
| | | **TITLE & ESCROW CHARGES** | | |
| | | ALTA 4-06 - Condominium - Assessments Priority (CLTA 115.1-06) to Kevin F. Alexander | 175.00 | |
| | | ALTA 6-06 - Variable Rate (CLTA 111.5-06) to Kevin F. Alexander | 175.00 | |
| | | ALTA 8.1-06 - Environmental Protection Lien (CLTA 110.9-06) to Kevin F. Alexander | 175.00 | |
| | | ALTA 9-06 - Restrictions, Encroachments, Minerals to Kevin F. Alexander | 175.00 | |
| | | Title - Chain of Title 24 Month to Chicago Title Company, LLC | 250.00 | |
| 150.00 | | Title - Commitment Update Fee to Chicago Title Company, LLC | | |
| | | Title - CPL Fee to Buyer to Chicago Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Lender to Chicago Title Insurance Company | 25.00 | |
| 50.00 | | Title - CPL Fee to Seller to Chicago Title Insurance Company | | |
| | | Title - Email Package Fee to Chicago Title Company, LLC | 50.00 | |
| | | Title - Escrow Fees to Chicago Title and Trust Company | 1,700.00 | |
| | | Title - IL APLD Certificate Service Fee to Chicago Title Company, LLC | 50.00 | |
| | | Title - Lender's Title Insurance to Kevin F. Alexander / Chicago Title Company, LLC | 525.00 | |
| | | Title - Overnight/Express Delivery Service Fee to Chicago Title Company, LLC | 35.00 | |
| | | Title - Policy Update Fee to Chicago Title Company, LLC | 150.00 | |
| | | Title - Recording Service Fee to Chicago Title Company, LLC | 15.00 | |
| 3.00 | | Title - State of Illinois Policy Registration Fee to Chicago Title Company, LLC | 3.00 | |
| | | Title - Tax Payment Service Fee to Chicago Title Company, LLC | 50.00 | |
| | | Title - Title Indemnity Fee to Chicago Title and | 200.00 | |

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Trust Company | | |
| 200.00 | | Title - Title Indemnity Fee - mortgage payoff to Chicago Title and Trust Company | | |
| 100.00 | | Title - Wire Fee to Seller to Chicago Title and Trust Company | | |
| | | Title - Wire Transfer Service Fee to Chicago Title and Trust Company | 100.00 | |
| | | TI For 2021 2nd Inst Taxes to CTC-Transfer 13-25-325-050-1001 | 6,222.78 | |
| 1,870.00 | | Title - Owner's Title Insurance to Kevin F. Alexander / Chicago Title Company, LLC | | |
| | | SE 287 - Policy Modification 4 to Chicago Title Company, LLC | 0.00 | |
| | | Policies to be issued:<br>Owners Policy<br>Coverage: $210,000.00 Premium: $1,870.00<br>Version: ALTA Owner's Policy 2006<br>Loan Policy<br>Coverage: $168,000.00 Premium: $525.00<br>Version: ALTA Loan Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to Cook County Recorder | 196.00 | |
| | | Deed $98.00 | | |
| | | Mortgage $98.00 | | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 2,205.00 | |
| 105.00 | | County Transfer Tax ($105.00) to MYDEC Cook County Transfer Stamps | | |
| 210.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | | |
| | | **PAYOFFS** | | |
| 129,486.60 | | Payoff of First Mortgage Loan to Selene Finance | | |
| | | Total Payoff 129,486.60 | | |
| 6,812.73 | | Payoff of Second Mortgage Loan to Bank of America | | |
| | | Total Payoff 6,812.73 | | |
| | | **HOA CHARGES** | | |
| 2,848.09 | | HOA Balance Due to 2435-37 N Kedzie Condo Association | | |
| 4,822.17 | | Special Assessment to 2435-37 N Kedzie Condo Association | | |
| | | **MISCELLANEOUS CHARGES** | | |
| | | Homeowner's Insurance Premium to Farmers Insurance<br>12 months<br>$570.00 paid outside closing by Borrower | | |
| | | Buyer Attorney Fee to John Janczur | 300.00 | |
| | | CAP1/WMT to CAP1/WMT | 212.00 | |

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **MISCELLANEOUS CHARGES** | | |
| 8,240.00 | | Commission - Listing to @properties | | |
| 4,855.00 | | Commission - Selling to RE/MAX City | | |
| 35,617.35 | | Direction of Proceeds to N. Neville Reid, as Trustee of the bankruptcy estate of Rajeev K. Bajaj | | |
| 600.00 | | Seller Attorney Fee to Kevin F. Alexander | | |
| 125.00 | | Water Cert to CLAS Clerking | | |
| 210,149.29 | 210,149.29 | **Subtotals** | 229,549.11 | 184,488.85 |
| | | **Balance Due FROM Borrower** | | **45,060.26** |
| 210,149.29 | 210,149.29 | **TOTALS** | 229,549.11 | 229,549.11 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

N. Neville Reid, not individually but as Chapter 7 Trustee of the Bankruptcy estate of Rajeev K. Bajaj, case 22-02045

BY:______________________________

BORROWER:

______________________________

Marco A. Salgado

______________________________

Rosa M. Salgado

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

______________________________

Chicago Title and Trust Company
Settlement Agent

**EXHIBIT B**

# Closing Disclosure

## Closing Information

| | |
|---|---|
| **Date Issued** | 10/05/2022 |
| **Closing Date** | 10/05/2022 |
| **Disbursement Date** | 10/05/2022 |
| **Settlement Agent** | Chicago Title and Trust Company |
| **File #** | 22CNW543019OK |
| **Property** | 2435 N. Kedzie Blvd.<br>Unit G<br>Chicago, IL 60647 |
| **Sale Price** | $210,000 |

## Transaction Information

| | |
|---|---|
| **Borrower** | Marco A. Salgado and Rosa M. Salgado<br>414 Fallbrook dr<br>East Dundee, IL 60118 |
| **Seller** | N. Neville Reid, not individually but as Chapter 7 Trustee of the Bankruptcy estate of Rajeev K. Bajaj, case 22-02045<br>2435 N. Kedzie Blvd., Unit G<br>Chicago, IL 60647 |

## Summaries of Transactions

**SELLER'S TRANSACTION**

| | | |
|---|---|---|
| **M. Due to Seller at Closing** | | **$210,149.29** |
| 01 Sale Price of Property | | $210,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes | | |
| 10 County Taxes | | |
| 11 Assessments | 10/6-10/31 | $149.29 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| **N. Due from Seller at Closing** | | **$210,149.29** |
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $59,795.61 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan to Selene Fina | * | $129,486.60 |
| 05 Payoff of Second Mortgage Loan to Bank of Am | * | $6,812.73 |
| 06 | | |
| 07 | | |
| 08 Closing Cost Credit | | $7,200.00 |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 County Taxes | 07/01/21 to 12/31/21 | $2,545.68 |
| 15 County Taxes | 01/01/22 to 10/05/22 | $4,308.67 |
| 16 Assessments | | |
| 17 | | |
| 18 | | |
| 19 | | |
| **CALCULATION** | | |
| Total Due to Seller at Closing (M) | | $210,149.29 |
| Total Due from Seller at Closing (N) | | -$210,149.29 |
| **Cash ☐ From ☐ To Seller** | | **$0.00** |

## Contact Information

| | |
|---|---|
| **REAL ESTATE BROKER (B)** | |
| **Name** | RE/MAX City |
| **Address** | 7020 W. Higgins Ave.<br>Chicago, IL 60656 |
| **IL License ID** | 47822622157 |
| **Contact** | Silvia Hernandez |
| **Contact IL License ID** | 475137533 |
| **Email** | hernandezsyl@yahoo.com |
| **Phone** | 773-775-0600 |
| **REAL ESTATE BROKER (S)** | |
| **Name** | @properties |
| **Address** | 806 North Peoria<br>Chicago, IL 60642 |
| **IL License ID** | 477011717 |
| **Contact** | Lisa Foster |
| **Contact IL License ID** | 475111902 |
| **Email** | lmfoster@atproperties.com |
| **Phone** | 3128043465 |
| **SETTLEMENT AGENT** | |
| **Name** | Chicago Title and Trust Company |
| **Address** | 1100 Lake Street<br>Suite 165<br>Oak Park, IL 60301 |
| **IL License ID** | TA.04.4001563 |
| **Contact** | Nicole Santos |
| **Contact IL License ID** | |
| **Email** | Nicole.Santos@ctt.com |
| **Phone** | |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

# Closing Cost Details

| Loan Costs | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|
| **A. Origination Charges** | | |
| 01 % of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **C. Services Borrower Did Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 Title - Commitment Update Fee to Chicago Title Company, LLC | $150.00 | |
| 07 | | |
| 08 | | |
| 09 Title - CPL Fee to Seller to Chicago Title Insurance Company | $50.00 | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 Title - State of Illinois Policy Registration Fee to Chicago Title Company, LLC | $3.00 | |
| 18 | | |
| 19 | | |
| 20 Title - Title Indemnity Fee - mortgage payoff to Chicago Title and Trust Company | $200.00 | |
| 21 Title - Wire Fee to Seller to Chicago Title and Trust Company | $100.00 | |
| 22 | | |
| 23 | | |

## Closing Cost Details

| Other Costs | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01 | | |
| 02 | $0.00 | |
| 03 County Transfer Tax to MYDEC Cook County Transfer Stamps | $105.00 | |
| 04 State Transfer Tax to MYDEC Cook County Transfer Stamps | $210.00 | |
| 05 | | |
| **F. Prepaids** | | |
| 01 | | |
| 02 Mortgage Insurance Premium ( mo.) | | |
| 03 | | |
| 04 Property Taxes ( mo.) | | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01 | | |
| 02 Mortgage Insurance | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **H. Other** | | |
| 01 | | |
| 02 | | |
| 03 Commission - Listing to @properties | $8,240.00 | |
| 04 Commission - Selling to RE/MAX City | $4,855.00 | |
| 05 Direction of Proceeds to N. Neville Reid, as Trustee of the bankruptcy esta | $35,617.35 | |
| 06 HOA Balance Due to 2435-37 N Kedzie Condo Association | $2,848.09 | |
| 07 Home Warranty | | |
| 08 Seller Attorney Fee to Kevin F. Alexander | $600.00 | |
| 09 Special Assessment to 2435-37 N Kedzie Condo Association | $4,822.17 | |
| 10 Survey | | |
| 11 | | |
| 12 Title - Owner's Title Insurance to Kevin F. Alexander / Chicago Title Company, LLC | $1,870.00 | |
| 13 Title - SE 287 - Policy Modification 4 to Chicago Title Company, LLC | | |
| 14 Water Cert to CLAS Clerking | $125.00 | |
| 15 | | |
| 16 | | |
| **J. TOTAL CLOSING COSTS** | $59,795.61 | |

# Closing Disclosure - Attachment

**Borrower:** Marco A. Salgado
414 Fallbrook dr
East Dundee, IL 60118

Rosa M. Salgado
414 Fallbrook dr
East Dundee, IL 60118

**Seller:** N. Neville Reid, not individually but as Chapter 7 Trustee of the Bankruptcy estate of Rajeev K. Bajaj, case 22-02045
2435 N. Kedzie Blvd.
Unit G
Chicago, IL 60647

**Settlement Agent:** Chicago Title and Trust Company
1100 Lake Street
Suite 165
Oak Park, IL 60301
(708)383-3322

**Closing Date:** October 5, 2022

**Disbursement Date:** October 5, 2022

**Property Location:** 2435 N. Kedzie Blvd.
Unit G
Chicago, IL 60647

| Payoffs<br>Payee/Description | | | Seller Paid at Closing | Seller Paid Before Closing |
|---|---|---|---|---|
| **Seller's Transactions-Due from Seller at Closing** | | | | |
| N.04 | Selene Finance | | $129,486.60 | |
| | Payoff of First Mortgage Loan<br>Note/Ref. No.: * | | | |
| | Loan Payoff | $0.00 | | |
| | Total Payoff | $129,486.60 | | |
| N.05 | Bank of America | | $6,812.73 | |
| | Payoff of Second Mortgage Loan<br>Note/Ref. No.: * | | | |
| | Loan Payoff | $0.00 | | |
| | Total Payoff | $6,812.73 | | |

**Confirm Receipt**

By signing, you are only confirming that you have received this form.

N. Neville Reid, not individually but as Chapter 7 Trustee of the Bankruptcy estate of Rajeev K. Bajaj, case 22-02045

BY:__________________________

10/5/22

Date